James O. RICHARDSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72449.

Missouri Court of Appeals,
Western District.

Nov. 30, 2010.

James O. Richardson, Appellant pro-se.

Jamie P. Rasmussen, for Respondent.

Before Division One: THOMAS H.
NEWTON, Presiding Judge, JAMES M.
SMART, JR., Judge and JOSEPH M.
ELLIS, Judge.

## *ORDER*

PER CURIAM:

James Richardson appeals from the Circuit Court of Chariton County's denial of his motion to reopen his Rule 29.15 motion for post-conviction relief. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

David ORR, Appellant,

v.

George LOMBARDI, Respondent.

No. WD 72029.

Missouri Court of Appeals,
Western District.

Nov. 30, 2010.

David Orr, Appellant pro se.

Jennifer Redel–Reed, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, ALOK AHUJA, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

David Orr, an inmate, filed a suit pertaining to inmate grievance procedures against George Lombardi, Director of the Missouri Department of Corrections ("the Department"). The Department moved to dismiss the Petition, and the trial court dismissed the lawsuit.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.